## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR, HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1361018 | 00000000254969 | 2/8/2019 | 1/27/2019 | 2/2/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 38.29 | $670.08 | $3,261.34 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $0.00 |
| PAID TIME OFF | | 0.00 | $0.00 | $280.00 |
| Total Earnings | | 38.29 | $670.08 | $3,978.84 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $42.87 | $252.24 |
| FICA/SS | $39.23 | $232.82 |
| FICA/MED | $9.18 | $54.45 |
| TX State Tax | $0.00 | $0.00 |
| Total Taxes | $91.28 | $539.51 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Humana Den 1500 | $5.24 | $31.44 |
| Lincoln ER 60 LTD | $4.55 | $27.30 |
| Lincoln ER 60 STD | $3.89 | $23.32 |
| Humana Med $2000 100/70 | $103.02 | $618.11 |
| Lincoln 3X Basic Life | $1.96 | $11.76 |
| VSP Vis Basic | $1.60 | $9.59 |
| Lincoln Basic Life Post-Tax | $1.37 | $8.22 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 |
| Total Benefits | $121.63 | $729.74 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $264.90 |
| Humana Den 1500 | $2.25 | $13.49 |
| VSP Vis Basic | $0.69 | $4.12 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| Total Deductions | $47.09 | $282.51 |

| Net Wages | $531.71 | $3,156.82 |
|---|---|---|
| SAVING | | $30.00 |
| CHECKING | | $501.71 |
| Net Deposit | | $531.71 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|

### Message to You

### Message to All Employees

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

**BUTTERWORTH SYSTEMS, INC.**
JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR., HOUSTON, TX  77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | \*\*\*-\*\*-3807 | 1364469 | 00000000258141 | 2/15/2019 | 2/3/2019 | 2/9/2019 | SINGLE - 2 |

| Earnings |||||  | Taxes |||
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 36.95 | $646.63 | $3,907.97 | FEDERAL | $46.36 | $298.60 |
| PAID TIME OFF | $17.50 | 3.00 | $52.50 | $332.50 | FICA/SS | $41.04 | $273.86 |
| HOLIDAY PAY |  | 0.00 | $0.00 | $437.50 | FICA/MED | $9.60 | $64.05 |
| Overtime - Regular Hours |  | 0.00 | $0.00 | $0.00 | TX State Tax | $0.00 | $0.00 |
| Total Earnings |  | 39.95 | $699.13 | $4,677.97 | Total Taxes | $97.00 | $636.51 |

| Benefits ||| Deductions |||
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $36.68 | Humana Med $2000 100/70 | $44.15 | $309.05 |
| Lincoln ER 60 LTD | $4.55 | $31.85 | Humana Den 1500 | $2.25 | $15.74 |
| Lincoln ER 60 STD | $3.89 | $27.21 | VSP Vis Basic | $0.69 | $4.81 |
| Humana Med $2000 100/70 | $103.02 | $721.13 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.96 | $13.72 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.60 | $11.19 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $9.59 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 | Total Deductions | $47.09 | $329.60 |
| Total Benefits | $121.63 | $851.37 |  |  |  |

| Net Wages | $555.04 | $3,711.86 | SAVING | $30.00 |
|---|---|---|---|---|
|  |  |  | CHECKING | $525.04 |
|  |  |  | Net Deposit | $555.04 |

| PTO |||
|---|---|---|
| Description | Hours Available | Hours Taken |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
  * Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR, HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1370922 | 00000000264201 | 2/22/2019 | 2/10/2019 | 2/16/2019 | SINGLE - 2 |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 40.00 | $700.01 | $4,607.98 | FEDERAL | $46.50 | $345.10 |
| Overtime - Regular Hours | $26.25 | 0.01 | $0.26 | $0.26 | FICA/SS | $41.10 | $314.96 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 | FICA/MED | $9.61 | $73.66 |
| PAID TIME OFF | | 0.00 | $0.00 | $332.50 | TX State Tax | $0.00 | $0.00 |
| Total Earnings | | 40.01 | $700.27 | $5,378.24 | Total Taxes | $97.21 | $733.72 |

| Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $41.92 | Humana Med $2000 100/70 | $44.15 | $353.20 |
| Lincoln ER 60 LTD | $4.55 | $36.40 | Humana Den 1500 | $2.24 | $17.98 |
| Lincoln ER 60 STD | $3.87 | $31.08 | VSP Vis Basic | $0.67 | $5.48 |
| Humana Med $2000 100/70 | $103.01 | $824.14 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.95 | $15.67 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.59 | $12.78 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $10.96 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 | Total Deductions | $47.06 | $376.66 |
| Total Benefits | $121.58 | $972.95 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Net Wages | | $556.00 | $4,267.86 | SAVING | $30.00 |
| | | | | CHECKING | $526.00 |
| | | | | Net Deposit | $556.00 |

| PTO | | |
|---|---|---|
| Description | Hours Available | Hours Taken |
| | | |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks. However, all other pay information is unaffected by this and is displayed properly on historical checks.

https://myhr.employerflexible.com/hris/Darwin/Print.aspx?enc=dU7Rw5VGjiMkCZSoVvY...   6/3/2019

**BUTTERWORTH SYSTEMS, INC.**

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR, HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1374698 | 00000000267775 | 3/1/2019 | 2/17/2019 | 2/23/2019 | SINGLE - 2 |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 40.00 | $700.00 | $5,307.98 | FEDERAL | $48.04 | $393.14 |
| Overtime - Regular Hours | $26.25 | 0.50 | $13.13 | $13.39 | FICA/SS | $41.90 | $356.86 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 | FICA/MED | $9.80 | $83.46 |
| PAID TIME OFF | | 0.00 | $0.00 | $332.50 | TX State Tax | $0.00 | $0.00 |
| Total Earnings | | 40.50 | $713.13 | $6,091.37 | Total Taxes | $99.74 | $833.46 |

| Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $47.16 | Humana Med $2000 100/70 | $44.15 | $397.35 |
| Lincoln ER 60 LTD | $4.55 | $40.95 | Humana Den 1500 | $2.25 | $20.23 |
| Lincoln ER 60 STD | $3.89 | $34.97 | VSP Vis Basic | $0.69 | $6.17 |
| Humana Med $2000 100/70 | $103.02 | $927.16 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.96 | $17.63 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.60 | $14.38 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $12.33 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 | Total Deductions | $47.09 | $423.75 |
| Total Benefits | $121.63 | $1,094.58 | | | |

| Net Wages | $566.30 | $4,834.16 | SAVING | $30.00 |
|---|---|---|---|---|
| | | | CHECKING | $536.30 |
| | | | Net Deposit | $566.30 |

| PTO | | |
|---|---|---|
| Description | Hours Available | Hours Taken |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

**BUTTERWORTH SYSTEMS, INC.**

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1379659 | 00000000272523 | 3/8/2019 | 2/24/2019 | 3/2/2019 | SINGLE - 2 |

| Earnings |||| Taxes |||
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 30.45 | $532.88 | $5,840.86 | FEDERAL | $26.41 | $419.55 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 | FICA/SS | $30.73 | $387.59 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 | FICA/MED | $7.19 | $90.65 |
| PAID TIME OFF | | 0.00 | $0.00 | $332.50 | TX State Tax | $0.00 | $0.00 |
| Total Earnings | | 30.45 | $532.88 | $6,624.25 | Total Taxes | $64.33 | $897.79 |

| Benefits ||| Deductions |||
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $52.40 | Humana Med $2000 100/70 | $44.15 | $441.50 |
| Lincoln ER 60 LTD | $4.55 | $45.50 | Humana Den 1500 | $2.25 | $22.48 |
| Lincoln ER 60 STD | $3.89 | $38.86 | VSP Vis Basic | $0.69 | $6.86 |
| Humana Med $2000 100/70 | $103.02 | $1,030.18 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.96 | $19.59 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.60 | $15.98 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $13.70 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 | Total Deductions | $47.09 | $470.84 |
| Total Benefits | $121.63 | $1,216.21 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Net Wages | | $421.46 | $5,255.62 | SAVING | $30.00 |
| | | | | CHECKING | $391.46 |
| | | | | Net Deposit | $421.46 |

| PTO |||
|---|---|---|
| Description | Hours Available | Hours Taken |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks. However, all other pay information is unaffected by this and is displayed properly on historical checks.

## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR, HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1383097 | 00000000275688 | 3/15/2019 | 3/3/2019 | 3/9/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 35.85 | $627.38 | $6,468.24 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 |
| PAID TIME OFF | | 0.00 | $0.00 | $332.50 |
| Total Earnings | | 35.85 | $627.38 | $7,251.63 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $37.75 | $457.30 |
| FICA/SS | $36.59 | $424.18 |
| FICA/MED | $8.55 | $99.20 |
| TX State Tax | $0.00 | $0.00 |
| Total Taxes | $82.89 | $980.68 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Humana Den 1500 | $5.24 | $57.64 |
| Lincoln ER 60 LTD | $4.55 | $50.05 |
| Lincoln ER 60 STD | $3.89 | $42.75 |
| Humana Med $2000 100/70 | $103.02 | $1,133.20 |
| Lincoln 3X Basic Life | $1.96 | $21.55 |
| VSP Vis Basic | $1.60 | $17.58 |
| Lincoln Basic Life Post-Tax | $1.37 | $15.07 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR MATCH | $0.00 | $0.00 |
| Total Benefits | $121.63 | $1,337.84 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $485.65 |
| Humana Den 1500 | $2.25 | $24.73 |
| VSP Vis Basic | $0.69 | $7.55 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| MEP 401K SAFE HARBOR | $0.00 | $0.00 |
| Total Deductions | $47.09 | $517.93 |

**Net Wages**    $497.40    $5,753.02

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $467.40 |
| Net Deposit | $497.40 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|
| | | |

### Message to You

### Message to All Employees

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

**BUTTERWORTH SYSTEMS, INC.**

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1389118 | 00000000281417 | 3/22/2019 | 3/10/2019 | 3/16/2019 | SINGLE - 2 |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 38.41 | $672.18 | $7,140.42 | FEDERAL | $38.29 | $495.59 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 | FICA/SS | $39.36 | $463.54 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 | FICA/MED | $9.21 | $108.41 |
| PAID TIME OFF | | 0.00 | $0.00 | $332.50 | TX State Tax | $0.00 | $0.00 |
| Total Earnings | | 38.41 | $672.18 | $7,923.81 | Total Taxes | $86.86 | $1,067.54 |

| Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $62.88 | Humana Med $2000 100/70 | $44.15 | $529.80 |
| Lincoln ER 60 LTD | $4.55 | $54.60 | MEP 401K SAFE HARBOR | $40.33 | $40.33 |
| Lincoln ER 60 STD | $3.87 | $46.62 | Humana Den 1500 | $2.24 | $26.97 |
| MEP 401K SAFE HARBOR MATCH | $26.89 | $26.89 | VSP Vis Basic | $0.67 | $8.22 |
| Humana Med $2000 100/70 | $103.01 | $1,236.21 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.95 | $23.50 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.59 | $19.17 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $16.44 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | Total Deductions | $87.39 | $605.32 |
| Total Benefits | $148.47 | $1,486.31 | | | |

| | | | | |
|---|---|---|---|---|
| Net Wages | $497.93 | $6,250.95 | SAVING | $30.00 |
| | | | CHECKING | $467.93 |
| | | | Net Deposit | $497.93 |

| PTO | | |
|---|---|---|
| Description | Hours Available | Hours Taken |
| | | |

| Message to You |
|---|
| |

| Message to All Employees |
|---|
| |

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
\* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.