## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1392719 | 00000000284787 | 3/29/2019 | 3/17/2019 | 3/23/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 34.00 | $595.00 | $7,735.42 |
| PAID TIME OFF | $17.50 | 6.00 | $105.00 | $437.50 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 |
| Total Earnings | | 40.00 | $700.00 | $8,623.81 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $47.08 | $542.67 |
| FICA/SS | $43.40 | $506.94 |
| FICA/MED | $10.15 | $118.56 |
| TX State Tax | $0.00 | $0.00 |
| Total Taxes | $100.63 | $1,168.17 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| MEP 401K SAFE HARBOR MATCH | $28.00 | $54.89 |
| Humana Den 1500 | $0.01 | $62.89 |
| Lincoln Basic Life Post-Tax | $0.01 | $16.45 |
| Humana Med $2000 100/70 | $0.00 | $1,236.21 |
| Lincoln 3X Basic Life | $0.00 | $23.50 |
| Lincoln ER 60 STD | $0.00 | $46.62 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $54.60 |
| VSP Vis Basic | $0.00 | $19.17 |
| Total Benefits | $28.02 | $1,514.33 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| MEP 401K SAFE HARBOR | $42.00 | $82.33 |
| Humana Med $2000 100/70 | $0.00 | $529.80 |
| Humana Den 1500 | $0.00 | $26.97 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| VSP Vis Basic | $0.00 | $8.22 |
| Total Deductions | $42.00 | $647.32 |

**Net Wages**    $557.37    $6,808.32

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $527.37 |
| Net Deposit | $557.37 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

**BUTTERWORTH SYSTEMS, INC.**

JONATHAN RIVERA VELEZ

17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1398281 | 00000000290105 | 4/5/2019 | 3/24/2019 | 3/30/2019 | SINGLE - 2 |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Year-to-Date | Code | Withheld | Year-to-Date |
| REGHRS | $17.50 | 20.00 | $350.01 | $8,085.43 | FEDERAL | $4.73 | $547.40 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 | FICA/SS | $19.39 | $526.33 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 | FICA/MED | $4.53 | $123.09 |
| PAID TIME OFF | | 0.00 | $0.00 | $437.50 | TX State Tax | $0.00 | $0.00 |
| Total Earnings | | 20.00 | $350.01 | $8,973.82 | Total Taxes | $28.65 | $1,196.82 |

| Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Benefits | Amount | Year-to-Date | Deductions | Amount | Year-to-Date |
| Humana Den 1500 | $5.24 | $68.13 | Humana Med $2000 100/70 | $44.15 | $573.95 |
| Lincoln ER 60 LTD | $4.55 | $59.15 | MEP 401K SAFE HARBOR | $21.00 | $103.33 |
| Lincoln ER 60 STD | $3.89 | $50.51 | Humana Den 1500 | $2.25 | $29.22 |
| MEP 401K SAFE HARBOR MATCH | $14.00 | $68.89 | VSP Vis Basic | $0.69 | $8.91 |
| Humana Med $2000 100/70 | $103.02 | $1,339.23 | Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln 3X Basic Life | $1.96 | $25.46 | Lincoln ER 60 STD | $0.00 | $0.00 |
| VSP Vis Basic | $1.60 | $20.77 | Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln Basic Life Post-Tax | $1.37 | $17.82 | Lincoln ER 60 LTD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 | Total Deductions | $68.09 | $715.41 |
| Total Benefits | $135.63 | $1,649.96 | | | |

| Net Wages | $253.27 | $7,061.59 | SAVING | $30.00 |
|---|---|---|---|---|
| | | | CHECKING | $223.27 |
| | | | Net Deposit | $253.27 |

| PTO | | |
|---|---|---|
| Description | Hours Available | Hours Taken |

| Message to You |
|---|
| |

| Message to All Employees |
|---|
| |

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks. However, all other pay information is unaffected by this and is displayed properly on historical checks.

# BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR., HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1401240 | 00000000292905 | 4/12/2019 | 3/31/2019 | 4/6/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 39.90 | $698.25 | $8,783.68 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $13.39 |
| PAID TIME OFF | | 0.00 | $0.00 | $437.50 |
| Total Earnings | | 39.90 | $698.25 | $9,672.07 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $47.29 | $594.69 |
| FICA/SS | $40.98 | $567.31 |
| FICA/MED | $9.59 | $132.68 |
| TX State Tax | $0.00 | $0.00 |
| Total Taxes | $97.86 | $1,294.68 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Lincoln ER 60 STD | $50.51 | $50.51 |
| Humana Den 1500 | $5.24 | $73.37 |
| Lincoln ER 60 LTD | $4.55 | $63.70 |
| MEP 401K SAFE HARBOR MATCH | $27.93 | $96.82 |
| Humana Med $2000 100/70 | $103.02 | $1,442.25 |
| Lincoln 3X Basic Life | $1.96 | $27.42 |
| VSP Vis Basic | $1.60 | $22.37 |
| Lincoln Basic Life Post-Tax | $1.37 | $19.19 |
| Lincoln ER 60 STD | $-46.62 | $3.89 |
| Total Benefits | $149.56 | $1,799.52 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $618.10 |
| MEP 401K SAFE HARBOR | $41.90 | $145.23 |
| Humana Den 1500 | $2.25 | $31.47 |
| VSP Vis Basic | $0.69 | $9.60 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| Total Deductions | $88.99 | $804.40 |

**Net Wages** $511.40   $7,572.99

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $481.40 |
| Net Deposit | $511.40 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|
| | | |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks. However, all other pay information is unaffected by this and is displayed properly on historical checks.

**BUTTERWORTH SYSTEMS, INC.**
JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1408406 | 00000000299271 | 4/19/2019 | 4/7/2019 | 4/13/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 40.00 | $700.00 | $9,483.68 |
| Overtime - Regular Hours | $26.25 | 0.16 | $4.20 | $17.59 |
| HOLIDAY PAY | | 0.00 | $0.00 | $437.50 |
| PAID TIME OFF | | 0.00 | $0.00 | $437.50 |
| **Total Earnings** | | 40.16 | $704.20 | $10,376.27 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $42.37 | $637.06 |
| FICA/SS | $41.35 | $608.66 |
| FICA/MED | $9.67 | $142.35 |
| TX State Tax | $0.00 | $0.00 |
| **Total Taxes** | $93.39 | $1,388.07 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Humana Den 1500 | $5.24 | $78.61 |
| Lincoln ER 60 LTD | $4.55 | $68.25 |
| Lincoln ER 60 STD | $3.89 | $54.40 |
| MEP 401K SAFE HARBOR MATCH | $28.17 | $124.99 |
| Humana Med $2000 100/70 | $103.02 | $1,545.27 |
| Lincoln 3X Basic Life | $1.96 | $29.38 |
| VSP Vis Basic | $1.60 | $23.97 |
| Lincoln Basic Life Post-Tax | $1.37 | $20.56 |
| Lincoln ER 60 STD | $0.00 | $3.89 |
| **Total Benefits** | $149.80 | $1,949.32 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $662.25 |
| MEP 401K SAFE HARBOR | $42.25 | $187.48 |
| Humana Den 1500 | $2.25 | $33.72 |
| VSP Vis Basic | $0.69 | $10.29 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| **Total Deductions** | $89.34 | $893.74 |

**Net Wages** $521.47   $8,094.46

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $491.47 |
| **Net Deposit** | $521.47 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR. HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1411540 | 00000000302184 | 4/26/2019 | 4/14/2019 | 4/20/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 37.63 | $658.53 | $10,142.21 |
| HOLIDAY PAY | $17.50 | 2.00 | $35.00 | $472.50 |
| Overtime - Regular Hours | | 0.00 | $0.00 | $17.59 |
| PAID TIME OFF | | 0.00 | $0.00 | $437.50 |
| **Total Earnings** | | 39.63 | $693.53 | $11,069.80 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $41.17 | $678.23 |
| FICA/SS | $40.69 | $649.35 |
| FICA/MED | $9.51 | $151.86 |
| TX State Tax | $0.00 | $0.00 |
| **Total Taxes** | $91.37 | $1,479.44 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Humana Den 1500 | $5.24 | $83.85 |
| Lincoln ER 60 LTD | $4.55 | $72.80 |
| Lincoln ER 60 STD | $3.89 | $58.29 |
| MEP 401K SAFE HARBOR MATCH | $27.74 | $152.73 |
| Humana Med $2000 100/70 | $103.01 | $1,648.28 |
| Lincoln 3X Basic Life | $1.95 | $31.33 |
| VSP Vis Basic | $1.59 | $25.56 |
| Lincoln Basic Life Post-Tax | $1.37 | $21.93 |
| Lincoln ER 60 STD | $0.00 | $3.89 |
| **Total Benefits** | $149.34 | $2,098.66 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $706.40 |
| MEP 401K SAFE HARBOR | $41.61 | $229.09 |
| Humana Den 1500 | $2.24 | $35.96 |
| VSP Vis Basic | $0.67 | $10.96 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| **Total Deductions** | $88.67 | $982.41 |

**Net Wages**   $513.49   $8,607.95

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $483.49 |
| **Net Deposit** | **$513.49** |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|
| | | |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks.
However, all other pay information is unaffected by this and is displayed properly on historical checks.

https://myhr.employerflexible.com/hris/Darwin/Print.aspx?enc=dU7Rw5VGjiMkCZSoVvY...   6/3/2019

## BUTTERWORTH SYSTEMS, INC.

JONATHAN RIVERA VELEZ
17030 IMPERIAL VALLEY DR, HOUSTON, TX 77060

| ID | SSN | Payment ID | Check Number | Payment Date | Start Period | End Period | Filing Status |
|---|---|---|---|---|---|---|---|
| HO4800013 | ***-**-3807 | 1418338 | 00000000308614 | 5/3/2019 | 4/21/2019 | 4/27/2019 | SINGLE - 2 |

### Earnings

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGHRS | $17.50 | 40.00 | $700.01 | $10,842.22 |
| Overtime - Regular Hours | $26.25 | 0.14 | $3.68 | $21.27 |
| HOLIDAY PAY | | 0.00 | $0.00 | $472.50 |
| PAID TIME OFF | | 0.00 | $0.00 | $437.50 |
| Total Earnings | | 40.14 | $703.69 | $11,773.49 |

### Taxes

| Code | Withheld | Year-to-Date |
|---|---|---|
| FEDERAL | $42.31 | $720.54 |
| FICA/SS | $41.32 | $690.67 |
| FICA/MED | $9.67 | $161.53 |
| TX State Tax | $0.00 | $0.00 |
| Total Taxes | $93.30 | $1,572.74 |

### Benefits

| Benefits | Amount | Year-to-Date |
|---|---|---|
| Humana Den 1500 | $5.24 | $89.09 |
| Lincoln ER 60 LTD | $4.55 | $77.35 |
| Lincoln ER 60 STD | $3.89 | $62.18 |
| MEP 401K SAFE HARBOR MATCH | $28.15 | $180.88 |
| Humana Med $2000 100/70 | $103.02 | $1,751.30 |
| Lincoln 3X Basic Life | $1.96 | $33.29 |
| VSP Vis Basic | $1.60 | $27.16 |
| Lincoln Basic Life Post-Tax | $1.37 | $23.30 |
| Lincoln ER 60 STD | $0.00 | $3.89 |
| Total Benefits | $149.78 | $2,248.44 |

### Deductions

| Deductions | Amount | Year-to-Date |
|---|---|---|
| Humana Med $2000 100/70 | $44.15 | $750.55 |
| MEP 401K SAFE HARBOR | $42.22 | $271.31 |
| Humana Den 1500 | $2.25 | $38.21 |
| VSP Vis Basic | $0.69 | $11.65 |
| Lincoln 3X Basic Life | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 STD | $0.00 | $0.00 |
| Lincoln ER 60 LTD | $0.00 | $0.00 |
| Total Deductions | $89.31 | $1,071.72 |

**Net Wages**   $521.08   $9,129.03

| | |
|---|---|
| SAVING | $30.00 |
| CHECKING | $491.08 |
| Net Deposit | $521.08 |

### PTO

| Description | Hours Available | Hours Taken |
|---|---|---|
| | | |

**Message to You**

**Message to All Employees**

If you have any questions regarding your pay stub, please contact your Payroll Administrator.
* Tot. Earnings Year-to-date may include pay codes not used in this pay period
All checks reflect the current W-4 exemptions elected as of today. Past W-4 exemptions are not displayed on previous checks. However, all other pay information is unaffected by this and is displayed properly on historical checks.